GILLIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     PLAINTIFF, | ) )  CR. NO. 12-20302 JPM |
| v. | ) ) 21 U.S.C. § 841(a)(1) |
| DANNY O'NEAL THOMPSON, | ) ) |
|     DEFENDANT. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about September 29, 2011, in the Western District of Tennessee, the defendant, ------------------------------------- DANNY O'NEAL THOMPSON ------------------------------------- did unlawfully, knowingly and intentionally possess with intent to distribute and did distribute less than 28 grams of a mixture and substance containing a detectable amount of cocaine base (crack cocaine), a controlled substance as classified by 21 U.S.C. § 812 as a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

[nmt 20 yrs. imprisonment, a fine of nmt $1,000,000, or both, together with a mandatory term of supervised release of at least 3 yrs. and a mandatory special assessment of $100, but if the defendant has a prior conviction for a felony drug offense which has become final then nmt 30 yrs. imprisonment, a fine of nmt $2,000,000, or both, together with a mandatory term of supervised release of at least 6 yrs. and a mandatory special assessment of $100]

A TRUE BILL:

_____
**FOREPERSON**

Dated:_____

_____
EDWARD L. STANTON III
UNITED STATES ATTORNEY