AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**DANNY O'NEAL THOMPSON**<br>*Defendant* | Case No. 12-20302 |

**ARREST WARRANT**

ORIGINAL

2012 NOV 15 AM 11: 3

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **DANNY O'NEAL THOMPSON**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) - Possession with intent to distribute a controlled substance

Date: 11/14/2012

City and state: Memphis, Tennessee

THOMAS M. GOULD, CLERK OF COURT

*Issuing officer's signature*

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 12/18/12
at *(city and state)* _____.

Date: 12/18/12

*Arresting officer's signature*

B.F. Dwyer

*Printed name and title*